The Valdosta Mercantile Company, Plaintiff in Error, v. T. E. White, Defendant in Error.

(Supreme Court of Florida, February 1, 1906.)

Writ of error to Circuit Court, Taylor County; Bascom H. Palmer, Judge.

*H. J. McCall,* for Plaintiff in Error.

No appearance for Defendant in Error.

This action was brought by the plaintiff in error against the defendant in error. There was judgment for the defendant and the plaintiff takes writ of error. Writ of error dismissed by the clerk, on præcipe of counsel for the plaintiff in error, under Rule 23.